# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00656-CV

**Isidro Hernandez, Appellant**

**v.**

**Texas Department of Protective and Regulatory Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 193,154-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After a bench trial, the court found by clear and convincing evidence that Isidro Hernandez's parental rights should be terminated. His retained attorney filed a brief stating that the appeal is wholly frivolous and without merit, citing *Anders v. California*, 386 U.S. 738 (1967). Counsel states that he has diligently examined the record and researched the law applicable to the facts and issues in the case and can find no arguable grounds for appeal. Counsel's brief contains a professional evaluation of the record demonstrating why there are no meritorious errors to be advanced. A copy of counsel's brief was delivered to Hernandez, and he was advised that he had the right to examine the appellate record and to file a pro se brief. A pro se brief was not filed.

We have independently reviewed the record and agree with counsel that the appeal is frivolous. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

We affirm the judgment of the district court.

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Affirmed

Filed:   June 24, 2004